**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00064-CMA-CBS

ETHEL GOMEZ,

    Plaintiff,

v.

ENHANCED RECOVERY CORPORATION, a Delaware corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1)(A)(i) and the Notice Of Dismissal With Prejudice (Doc. # 4), filed on January 27, 2010, which the Court has reviewed, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  January  29 , 2010

                                                  BY THE COURT:

                                                *Christine M Arguello*
                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge